```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2793
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )   CR-S-04-408 DFL
                                    )
12            Plaintiff,            )   FINAL ORDER OF FORFEITURE
                                    )
13       v.                         )
                                    )
14  DAVID NUNEZ MALDONADO and       )
    GUADALUPE MARIA LUNA,           )
15                                  )
              Defendants.           )
16  _____)
```

17     WHEREAS, on June 28, 2006, this Court entered a Preliminary

18 Order of Forfeiture pursuant to the provisions of 18 U.S.C. §

19 981(a)(1)(C), as incorporated by 28 U.S.C. § 2461(c), based upon the

20 plea agreements entered into between plaintiff and defendants David

21 Nunez Maldonado and Guadalupe Maria Luna forfeiting to the United

22 States the following property:

23         a.    Approximately $7,139.00 in U.S. Currency seized on
            or about October 26, 2004;
24
         b.   Approximately $2,405.00 in U.S. Currency seized
25            on or about October 26, 2004;

26       c.   Approximately $8,986.20 in U.S. Currency seized
              on or about October 27, 2004, from Umpqua Bank,
27            account number 990050544, held in the name of David
              Nunez;
28  ///

                                   1

   d. Approximately $16,889.93 in U.S. Currency seized on or about October 27, 2004, from Wells Fargo Bank, account number 0039971692, held in the name of David Nunez;

   e. Approximately $4,991.25 in U.S. Currency seized on or about October 27, 2004, from Redwood Credit Union, account number 11000000212028, held in the name of David Nunez;

   f. Approximately $8,616.50 in U.S. Currency seized on or about October 27, 2004, from Savings Bank of Mendocino County, account number 02080911, held in the name of David Nunez;

   g. Approximately $14,476.30 in U.S. Currency seized on or about October 27, 2004, from Bank of America, account number 01282-06808, held in the name of David Nunez;

   h. All funds in Bancomer Bank Account Number 1115613736 located in Mexico; and

   i. All funds in Bancomer Bank Account Number 00143052648 located in Mexico.

 AND WHEREAS, the Court also ordered defendant Guadalupe Maria Luna, pursuant to 18 U.S.C. § 982(b)(1) (incorporating 21 U.S.C. §§ 853(e)(4) & (p)(3)) and 18 U.S.C. § 983(I), to repatriate the following properties within thirty (30) days of any repatriation order and to deliver them to the United States Marshals Service in a manner and form designated in writing by the United States. If any of the properties are presently restrained by law enforcement agencies, defendant Guadalupe Maria Luna shall repatriate such properties within thirty (30) days from the date of notice of the release of any such restraint. An Order to Repatriate Funds Subject to Forfeiture was filed June 28, 2006, ordering the repatriation of the following properties:

   h. All funds in Bancomer Bank Account Number 1115613736 located in Mexico; and

   i. All funds in Bancomer Bank Account Number 00143052648 located in Mexico.

1     AND WHEREAS, on August 3, 10 and 17, 2006, the United States
2 published notice of the Court's Preliminary Order of Forfeiture in
3 the <u>Ukiah Daily Journal</u> (Mendocino County), a newspaper of general
4 circulation located in the county in which the subject properties
5 were seized.  Said published notice advised all third parties of
6 their right to petition the court within thirty (30) days of the
7 publication date for a hearing to adjudicate the validity of their
8 alleged legal interest in the forfeited properties;

9     AND WHEREAS, the Court has been advised that no third party has
10 filed a claim to the subject properties, and the time for any person
11 or entity to file a claim has expired.

12     Accordingly, it is hereby ORDERED and ADJUDGED:

13     1.  A Final Order of Forfeiture shall be entered forfeiting to
14 the United States of America all right, title, and interest in the
15 above-listed properties pursuant to 18 U.S.C. § 981(a)(1)(C), as
16 incorporated by 28 U.S.C. § 2461(c), to be disposed of according to
17 law, including all right, title, and interest of defendants David
18 Nunez Maldonado and Guadalupe Maria Luna.

19     2.  All right, title, and interest in the above-listed
20 properties shall vest solely in the United States of America.

21     3.  The United States Marshals Service shall maintain custody
22 of and control over the subject properties until they are disposed
23 of according to law.

24     SO ORDERED THIS 14th day of December, 2006.

26     /s/ David F. Levi
    DAVID F. LEVI
27     Chief United States District Judge